UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT AMATRONE, et al., <br>       Plaintiffs, <br> v. <br> ERIC WINKLER, et al., <br>       Defendants. | Case No. 17-cv-03003-JST <br><br> **ORDER DISMISSING CASE WITH PREJUDICE** <br> Re: ECF No. 20 |

On November 11, 2017, the Court granted Defendants' motion to dismiss Plaintiffs' complaint in its entirety. The Court dismissed without prejudice Plaintiffs' section 1983 claims for prospective injunctive relief and against Defendant Winkler in his personal capacity, but made clear that "[a]ny amended complaint is due by December 15, 2017." ECF No. 20. Plaintiffs did not file an amended complaint. Accordingly, the case is dismissed with prejudice. The clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: March 14, 2018

JON S. TIGAR
United States District Judge